UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **NICOLE RIGGS** | * | **CIVIL ACTION NO. 6:18-CV-00729** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **DXP ENTERPRISES, INC., ET AL.** | * | **MAG. JUDGE PATRICK J. HANNA** |

# O R D E R

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Partial Motion to Dismiss and Motion for Definite Statement [Doc. No. 7] filed by Defendants DXP Enterprises, Inc., and Tranae Marks is **GRANTED IN PART** and **DENIED IN PART**. The Rule 12(b)(6) motion is **GRANTED** with regard to the following claims and they are **DISMISSED WITH PREJUDICE**: the Section 1983 claim; the FMLA claim; the OSHA claim; the tortious interference with contract claim; the tortious interference with business relations claim; the negligence claims; the conspiracy-to-defame claim; and any sexual harassment, hostile work environment, and retaliation claims asserted against Marks. The Rule 12(b)(6) motion is **DENIED** in regard to all other claims.

**IT IS FURTHER ORDERED** that Defendants' Rule 12(e) Motion for a More Definite Statement [Doc. No. 7] is **GRANTED** with regard to Plaintiff's invasion of privacy claim.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint no later than August 31, 2018, particularly in order to omit any and all prescribed claims and to clarify her invasion of privacy claim. Defendants may file another motion to dismiss, if necessary and

appropriate, once Plaintiff has amended her complaint.

Monroe, Louisiana, this 17th day of August, 2018.

                                                                                 **TERRY A. DOUGHTY**
                                                                                 **UNITED STATES DISTRICT JUDGE**