# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **NICOLE RIGGS** | **CIVIL ACTION NO. 6:18-cv-00729** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **D X P ENTERPRISES, INC., ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant DXP Enterprises, Inc., d/b/a C.W. Rod Tool Co.'s ("DXP") Motion for Summary Judgment [Doc. No. 58] is **GRANTED**, and Plaintiff Nicole Riggs' claims for retaliation under Title VII of the Civil Rights Act of 1964; intentional infliction of emotional distress under Louisiana state law; and defamation under Louisiana state law, against DXP are **DISMISSED WITH PREJUDICE**. As a result of this Judgment, all claims against DXPs have been dismissed.

MONROE, LOUISIANA, this 31st day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE